IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

SCOTTSDALE INSURANCE CO.,    )
as subrogee of Pezold Management    )
Associates.,    )
       Plaintiff,    )
    )
    v.    )    CIVIL ACTION NO.3:13-cv-11-TFM
    )    [wo]
FULLER FIRE & SAFETY,    )
    )
      Defendant.    )
    )

**ORDER**

Upon consideration of the Parties' Consent Motion to Extend Dates Set forth in the

Uniform Scheduling Order of February 28, 2013 (Doc. 15) and for good cause shown, it is

ORDERED that the Motion (Doc. 15) be and hereby is GRANTED and that the

parties shall be allowed an extension of time to and including May 29, 2013 to file motions

to amend the pleadings and to add parties.


Done this 26th day of April, 2013.

           /s/Terry F. Moorer
           TERRY F. MOORER
           UNITED STATES MAGISTRATE JUDGE